UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

UNITED STATES OF AMERICA

        -against-

HAROLD BRIDGES,

        Defendant.

_____x

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 9/2/2020 |

00 CR 210 (CM)

## ORDER SETTING DEADLINE FOR THE GOVERNMENT TO RESPOND TO DEFENDANT'S COMPASSIONATE RELEASE MOTION

McMahon, C.J.:

      The Government has 30 days from the date of this order to respond to defendant's

compassionate release motion.

Dated: September 2, 2020

_____

Colleen McMahon
Chief District Court Judge