UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA         :      **TRANSPORTATION ORDER**

      - v -                    :      00 Cr. 210 (CM)

HAROLD BRIDGES,                  :

          Defendant.      :

------------------------------------x

    Upon the application of **Harold Bridges**, by his attorney, **Mark Gombiner, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

    **ORDERED** that the United States Marshals Service furnish Harold Bridges, with funds to cover the cost of airfare from New York, New York to Los Angeles, California, so that he travel home after his resentencing proceeding.

    **ORDERED** that Mr. Bridges' flight depart New York, New York for Los Angeles, California after 6PM and before 11:59PM on July 5th, 2022.

    **ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York
       June 5, 2022 [July]

SO ORDERED:

_____
HONORABLE COLLEEN MCMAHON
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/22